**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6723**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TERRANCE LAMONT MOORE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (4:98-cr-00013-M-1)

_____

Submitted:  September 30, 2024                    Decided:  October 18, 2024

_____

Before WILKINSON and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Terrance Lamont Moore, Appellant Pro Se.  Neal Fowler, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance Lamont Moore appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). We have reviewed the record and Moore's claims and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Moore*, No. 4:98-cr-00013-M-1 (E.D.N.C. July 14, 2023). We deny Moore's motions to remand and to suspend briefing and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*